UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
XAVIERA MARBURY, *individually and on behalf of*     :
*others similarly situated*,                                                      :    20-CV-3210 (JMF)
:
                              Plaintiff,               :    ORDER
:
        -v-                                                                    :
:
PACE UNIVERSITY,                                                       :
                              Defendant.         :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendant's pending motion for judgment on the pleadings as to Plaintiff's claims under Rule 12(c) of the Federal Rules of Civil Procedure, ECF No. 38, and the stay of discovery, ECF No. 42, the pretrial conference currently scheduled for December 17, 2020 is ADJOURNED *sine die*.

      SO ORDERED.

Dated: November 18, 2020
         New York, New York
                                                    JESSE M. FURMAN
                                             United States District Judge