# EXHIBIT B

Messer, Suzanne
---

**From:** Messer, Suzanne
**Sent:** Wednesday, May 19, 2021 4:19 PM
**To:** Kellie Hunt
**Cc:** Blake Abbott
**Subject:** RE: Regarding: College Refund: Pace University

Kellie –

We consent to the 30-day extension.

Suzanne Messer, Esq.
315.218.8628

**From:** Kellie Hunt <kellie@akimlawfirm.com>
**Sent:** Wednesday, May 19, 2021 9:01 AM
**To:** Messer, Suzanne <messers@bsk.com>
**Cc:** Blake Abbott <blake@akimlawfirm.com>
**Subject:** Regarding: College Refund: Pace University

**External Email:** Use caution before clicking links or opening attachments.

Good Morning,

We would like to request a 30 day extension to respond to Defendant's discovery requests. Please review and advise if you agree with the extension bringing our due date to 6/20/21.

Thank you,

**Kellie Hunt**
PARALEGAL
LITIGATION DEPARTMENT

**Anastopoulo Law Firm LLC**
32 Ann Street | Charleston, SC 29403
Tel: 843-614-8888 | Fax: 843-494-5536
www.akimlawfirm.com | KELLIE@AKIMLAWFIRM.COM
Office Locations: Charleston | N. Charleston | Florence | Columbia | Greenville| Myrtle Beach | Raleigh, NC
By Appointment Only: Wilmington, NC

NOTICE: This email contains information belonging to Anastopoulo Law Firm, LLC. This message is intended solely for the use of the individual to whom it is addressed and may contain information that is privileged, confidential or otherwise exempt from

1

disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately reply to this message or notify us by telephone at 800-313-2546 and delete the message.