# EXHIBIT C

## Messer, Suzanne

| | |
|---|---|
| **From:** | Messer, Suzanne |
| **Sent:** | Thursday, May 20, 2021 11:13 AM |
| **To:** | Roy Willey; Blake Abbott; John Bradham; CULT; Service1@akimlawfirm.com |
| **Cc:** | Fellows, Jonathan |
| **Subject:** | Marbury v. Pace University |
| **Attachments:** | Notice of Deposition of Plaintiff(12541312.1).pdf; LTR to Roy T. Willey, IV, Esq. re depositions (final)(12541246.1).pdf |

Counselors –

Please see the attached.

Suzanne Messer


**Suzanne Messer**
Member
Litigation Department
315.218.8628 Direct
SMesser@bsk.com

 **BOND** SCHOENECK & KING ATTORNEYS

One Lincoln Center, Syracuse, NY 13202-1355
This email is ONLY for the person(s) named in the message header. Unless otherwise indicated, it contains information that is confidential, privileged or exempt from disclosure under applicable law. If you have received it in error, please notify the sender of the error and delete the message.

1

**BOND** SCHOENECK & KING

One Lincoln Center | Syracuse, NY 13202-1355 | bsk.com

JONATHAN B. FELLOWS, ESQ.
fellowj@bsk.com
P: 315.218.8120
F: 315.218.8100

May 20, 2021

**VIA ELECTRONIC MAIL** (roy@akimlawfirm.com)

Roy T. Willey, IV, Esq.
Anastopoulo Law Firm, LLC
32 Ann Street
Charleston, S.C., 29403

Re:    *Marbury v. Pace University*
       *Civil Action No. 1:20-cv-3210 (SDNY) (JMF)*

Dear Roy:

Enclosed please find a Notice of Deposition of Plaintiff Xaviera Marbury.

Please inform us of individuals of Pace University that you intend to depose, so that we can arrange for those individuals to be available at mutually convenient times between now and the discovery deadline of August 6, 2021.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

*s/Jonathan B. Fellows*

Jonathan B. Fellows

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XAVIERA MARBURY, INDIVIDUALLY AND ON
BEHALF OF OTHERS SIMILARLY SITUATED,

|                              | **NOTICE OF DEPOSITION** |
| Plaintiff,                   | **OF PLAINTIFF XAVIERA** |
|                              | **MARBURY** |
| v.                           |  |
|                              | Civil Action No. 20-cv-3210- |
| PACE UNIVERSITY,             | JMF |
|                              |  |
| Defendant.                   |  |

**PLEASE TAKE NOTICE**, that, on June 29, 2021 beginning at 9:30 am at the office of Bond, Schoeneck & King, PLLC located at 600 Third Avenue, 22nd Floor, New York, New York 10016-1915, Defendant Pace University will take the deposition upon oral examination of Plaintiff Xaviera Marbury pursuant to Rule 30 of the Federal Rules of Civil Procedure, before a notary public or other officer duly authorized to administer oaths.  The testimony shall be recorded by videographic and stenographic means.

Dated:  May 20, 2021

BOND, SCHOENECK & KING, PLLC

By:   _s/Jonathan B. Fellows_
        Jonathan B, Fellows, Esq.
        Suzanne M. Messer, Esq.
*Attorneys for Defendant*
One Lincoln Center
Syracuse, New York 13202-1355
Telephone:  315.218.8000
Email: jfellows@bsk.com
          smesser@bsk.com

12539403.1