# EXHIBIT F

## Messer, Suzanne

**From:** Messer, Suzanne
**Sent:** Tuesday, July 6, 2021 10:00 AM
**To:** Eric Poulin; Blake Abbott; CULT
**Cc:** Fellows, Jonathan
**Subject:** Marbury v. Pace University - Notice of Deposition of Plaintiff
**Attachments:** Notice of Deposition of Plaintiff (Amended)(Final)(12708552.1).pdf

Counselors,

Attached is an Amended Notice of Deposition of Plaintiff Xaviera Marbury, noticing her deposition for Tuesday, July 20, 2021 commencing at 9:30 am.

We have not yet received Plaintiff's responses to Defendant's pending interrogatories and requests for production. Please advise as to when we can expect responses, and provide such responses prior to the July 20 deposition.

Suzanne

**Suzanne Messer**
Member
Litigation Department
315.218.8628 Direct
SMesser@bsk.com



One Lincoln Center, Syracuse, NY 13202-1355
This email is ONLY for the person(s) named in the message header. Unless otherwise indicated, it contains information that is confidential, privileged or exempt from disclosure under applicable law. If you have received it in error, please notify the sender of the error and delete the message.

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XAVIERA MARBURY, INDIVIDUALLY AND ON
BEHALF OF OTHERS SIMILARLY SITUATED,

                Plaintiff,

     v.

PACE UNIVERSITY,

                Defendant.

**AMENDED NOTICE OF DEPOSITION OF PLAINTIFF XAVIERA MARBURY**

Civil Action No. 20-cv-3210-JMF

**PLEASE TAKE NOTICE**, that, on **July 20, 2021** beginning at 9:30 am at the office of Bond, Schoeneck & King, PLLC located at 600 Third Avenue, 22nd Floor, New York, New York 10016-1915, Defendant Pace University will take the deposition upon oral examination of Plaintiff Xaviera Marbury pursuant to Rule 30 of the Federal Rules of Civil Procedure, before a notary public or other officer duly authorized to administer oaths. The testimony shall be recorded by videographic and stenographic means.

Dated: July 6, 2021

BOND, SCHOENECK & KING, PLLC

By:   *s/Jonathan B. Fellows*
       Jonathan B, Fellows, Esq.
       Suzanne M. Messer, Esq.
*Attorneys for Defendant*
One Lincoln Center
Syracuse, New York 13202-1355
Telephone: 315.218.8000
Email: jfellows@bsk.com
       smesser@bsk.com

12708374.1