# EXHIBIT H

## Messer, Suzanne

**From:** Messer, Suzanne
**Sent:** Friday, July 2, 2021 11:42 AM
**To:** Blake Abbott; Eric Poulin
**Cc:** Fellows, Jonathan
**Subject:** Marbury v. Pace University - Remaining Depositions

Counselors,

You asked to depose Robina Schepp, Mary Baglivo and Joan Walker. These witnesses have availability during the week of July 19. Does this week work for you to complete these depositions?

Also, do you intend to reschedule Mr. Almon's deposition? If so, we'd like to reschedule for the same week (pending Mr. Almon's availability).

Please advise.

Suzanne

**Suzanne Messer**
Member
Litigation Department
315.218.8628 Direct
SMesser@bsk.com



One Lincoln Center, Syracuse, NY 13202-1355
This email is ONLY for the person(s) named in the message header. Unless otherwise indicated, it contains information that is confidential, privileged or exempt from disclosure under applicable law. If you have received it in error, please notify the sender of the error and delete the message.

1

## Messer, Suzanne

| | |
|---|---|
| **From:** | Messer, Suzanne |
| **Sent:** | Monday, July 12, 2021 12:57 PM |
| **To:** | Blake Abbott; Eric Poulin; Roy Willey |
| **Cc:** | Fellows, Jonathan |
| **Subject:** | RE: Marbury v. Pace University |

Counselors,

Apologies for another change in schedule, but Ms. Walker has had another scheduling conflict and is not available on the 22nd. She is holding the afternoon of the 23rd. Ms. Schepp is not available on the 21st, but is holding Friday, July 23 in the morning. The revised deposition schedule for pace representatives is as follows:

Mary Baglivo: Thursday, July 22, 2021 from 2-5 pm.

Robina Schepp: Friday, July 23, 2021 from 9:00 am-12:00 pm.

Joan Walker: Friday, July 23, 2021 from 1:00 pm – 4:00 pm.

Suzanne

Suzanne Messer, Esq.
315.218.8628


**From:** Messer, Suzanne
**Sent:** Friday, July 9, 2021 11:19 AM
**To:** Blake Abbott <blake@akimlawfirm.com>; Eric Poulin <eric@akimlawfirm.com>; Roy Willey <roy@akimlawfirm.com>
**Cc:** Fellows, Jonathan <FellowJ@bsk.com>
**Subject:** RE: Marbury v. Pace University

Counselors,

Ms. Walker has had a scheduling conflict arise for July 21. She is available instead on the morning of July 22. The revised deposition schedule for Pace representatives is as follows:

Joan Walker: Thursday, July 22, 2021 from 9:30 am – 12:30 pm.

Mary Baglivo: Thursday, July 22, 2021 from 2-5 pm.

Robina Schepp: Wednesday, July 21, 2021 from 9:30am-12:30pm.


Please confirm Ms. Marbury's availability for her deposition as noticed on July 20, and provide responses to the outstanding discovery demands. Also, please respond with respect to the expert disclosure schedule.

Suzanne Messer, Esq.
315.218.8628


**From:** Messer, Suzanne
**Sent:** Wednesday, July 7, 2021 3:29 PM
**To:** Blake Abbott <blake@akimlawfirm.com>; Eric Poulin <eric@akimlawfirm.com>; Roy Willey

1

<roy@akimlawfirm.com>
**Cc:** Fellows, Jonathan <FellowJ@bsk.com>
**Subject:** Marbury v. Pace University

Counselors,

We have reserved the following dates and times for the depositions of the following Pace representatives:

Joan Walker: Wednesday, July 21, 2021 from 2-5pm.

Mary Baglivo: Thursday, July 22, 2021 from 2-5 pm.

Robina Schepp: Wednesday, July 21, 2021 from 9:30am-12:30pm.

Suzanne Messer

**Suzanne Messer**
Member
Litigation Department
315.218.8628 Direct
SMesser@bsk.com



One Lincoln Center, Syracuse, NY 13202-1355

This email is ONLY for the person(s) named in the message header. Unless otherwise indicated, it contains information that is confidential, privileged or exempt from disclosure under applicable law. If you have received it in error, please notify the sender of the error and delete the message.