# EXHIBIT J

**Messer, Suzanne**

| | |
|---|---|
| **From:** | Messer, Suzanne |
| **Sent:** | Thursday, May 6, 2021 10:39 AM |
| **To:** | Blake Abbott; Roy Willey; John Bradham; CULT; Service1@akimlawfirm.com |
| **Cc:** | Fellows, Jonathan |
| **Subject:** | Marbury v. Pace University - Confidentiality Stipulation and Order |
| **Attachments:** | Confidentiality Stipulation and Protective Order(12387978.1).docx |

Counselors,

You have not responded to my April 16 communication concerning the Confidentiality Stipulation.  Please respond and provide me with any revisions or provide your consent to the stipulation.

Suzanne

**Suzanne Messer**
Member
Litigation Department
315.218.8628 Direct
SMesser@bsk.com



One Lincoln Center, Syracuse, NY 13202-1355

This email is ONLY for the person(s) named in the message header. Unless otherwise indicated, it contains information that is confidential, privileged or exempt from disclosure under applicable law. If you have received it in error, please notify the sender of the error and delete the message.

1

## Messer, Suzanne

| | |
|---|---|
| **From:** | Messer, Suzanne |
| **Sent:** | Wednesday, May 12, 2021 3:54 PM |
| **To:** | Blake Abbott; Roy Willey; John Bradham; CULT; Service1@akimlawfirm.com |
| **Cc:** | Fellows, Jonathan |
| **Subject:** | Marbury v. Pace University |
| **Attachments:** | Responses to Requests to Produce Marbury v Pace(12516038.1).pdf; Confidentiality Stipulation and Protective Order(12387978.1).docx |

Counselors,

In furtherance of Defendant's document production of May 6, please see the attached and below.  I would ask again that you provide me with comments on the attached Confidentiality Stipulation.  Please maintain the confidentiality of the documents marked as "Confidential" provided through the below link.

   https://bsk.sharefile.com/d-sed1970f13db84311964e9a727c05eace

This link will expire in thirty days.  A password will follow in a separate email.

Suzanne

**Suzanne Messer**
Member
Litigation Department
315.218.8628 Direct
SMesser@bsk.com



One Lincoln Center, Syracuse, NY 13202-1355
This email is ONLY for the person(s) named in the message header. Unless otherwise indicated, it contains information that is confidential, privileged or exempt from disclosure under applicable law. If you have received it in error, please notify the sender of the error and delete the message.