# EXHIBIT K

**Messer, Suzanne**

| | |
|---|---|
| **From:** | Messer, Suzanne |
| **Sent:** | Wednesday, July 7, 2021 10:47 AM |
| **To:** | Blake Abbott; Eric Poulin; Roy Willey |
| **Cc:** | Fellows, Jonathan |
| **Subject:** | Marbury v. Pace University |

Counselors,

Under the current scheduling order, we are to confer on expert discovery. Expert discovery is to be completed by October 15, 2021. Under the order, as you have the burden of proof, your report is to be disclosed first. We would propose August 15, as the date for plaintiff's report, and September 30, for defendant's report, with expert depositions to be conducted in October. Please let us know if this is acceptable.

Our proposal is contingent on you responding to our requests to the plaintiff prior to the date set for her deposition of July 20, 2021.

Suzanne

**Suzanne Messer**
Member
Litigation Department
315.218.8628 Direct
SMesser@bsk.com



One Lincoln Center, Syracuse, NY 13202-1355
This email is ONLY for the person(s) named in the message header. Unless otherwise indicated, it contains information that is confidential, privileged or exempt from disclosure under applicable law. If you have received it in error, please notify the sender of the error and delete the message.

1