# EXHIBIT L

## Messer, Suzanne

| | |
|---|---|
| **From:** | Messer, Suzanne |
| **Sent:** | Thursday, July 15, 2021 9:34 AM |
| **To:** | Blake Abbott; Roy Willey; Eric Poulin; CULT |
| **Cc:** | Fellows, Jonathan |
| **Subject:** | Marbury v. Pace Univ. |

Counselors,

You have not responded concerning Plaintiff's discovery responses. Will you be providing those prior to Tuesday's deposition of Ms. Marbury?

Also, you have not responded to our July 7 email concerning expert disclosures. You are not in compliance with the scheduling order. Please respond.

Thank you.

Suzanne

**Suzanne Messer**
Member
Litigation Department
315.218.8628 Direct
SMesser@bsk.com



One Lincoln Center, Syracuse, NY 13202-1355

This email is ONLY for the person(s) named in the message header. Unless otherwise indicated, it contains information that is confidential, privileged or exempt from disclosure under applicable law. If you have received it in error, please notify the sender of the error and delete the message.