UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ELIZABETH TAPINEKIS, :
:
                   Plaintiff,, :
:    20-CV-3210 (JMF)
      -v- :
:    ORDER
PACE UNIVERSITY, :
:
                   Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On December 14, 2021, Defendant filed a motion to dismiss for lack of subject-matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. ECF No. 94. Given the upcoming holidays, it is hereby ORDERED that Plaintiff shall file any opposition to the motion by **January 5, 2022**, and Defendant shall file any reply by **January 12, 2022**.

      In addition, the conference scheduled for December 22, 2021, is adjourned *sine die*.

      SO ORDERED.

Dated: December 14, 2021
       New York, New York

                                                       JESSE M. FURMAN
                                               United States District Judge