**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ELIZABETH TAPINEKIS, individually and
on behalf of others similarly situated,

                      Plaintiff,

            -against-                                20 **CIVIL** 3210 (JMF)

                                                      **JUDGMENT**

PACE UNIVERSITY,

                      Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the

Court's Memorandum Opinion and Order dated April 11, 2022, Tapinekis's claims must be and are dismissed

without prejudice for lack of subject-matter jurisdiction. See, e.g., Hernandez v. Conriv Realty Assocs., 182

F.3d 121, 123 (2d Cir. 1999) ("Article III deprives federal courts of the power to dismiss a case with prejudice

where federal subject matter jurisdiction does not exist."). Moreover, although leave to amend should be freely

given "when justice so requires," Fed. R. Civ. P. 15(a)(2), it is "within the sound discretion of the district court

to grant or deny leave to amend," Broidy Cap. Mgmt. LLC v. Benomar, 944 F.3d 436, 447 (2d Cir. 2019)

(internal quotation marks omitted). Here, the complaint has already been twice amended and Tapinekis is

"unable to demonstrate that [s]he would be able to amend h[er] complaint in a manner which would survive

dismissal" again; accordingly, the case is closed.

**Dated:**  New York, New York

        April 12, 2022

                                       **RUBY J. KRAJICK**

                                   _____

                                     **Clerk of Court**

        **BY:**           K. Mango

                                     _____

                                     **Deputy Clerk**