## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH TAPINEKIS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PACE UNIVERSITY,<br><br><br>    Defendant. | Civil Action No.: 1:20-cv-03210 (JMF) |

## NOTICE OF APPEAL

Notice is hereby given that Elizabeth Tapinekis, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum Opinion and Order dated April 11, 2022 and Entry of Judgment dated April 12, 2022 granting Defendant's Motion to Dismiss for Lack of Jurisdiction.

                 Respectfully Submitted,

Dated: May 11, 2022

                 /s/Blake G. Abbott
                 Blake G. Abbott *(Pro Hac Vice)*
                 Roy T. Willey, IV *(Pro Hac Vice)*
                 Eric M. Poulin *(Pro Hac Vice)*
                 **ANASTOPOULO LAW FIRM, LLC**
                 32 Ann Street
                 Charleston, SC 29403
                 Tel: 843-614-8888
                 Fax: 843-494-5536
                 Email: blake@akimlawfirm.com
                    roy@akimlawfirm.com

eric@akimlawfirm.com

-AND-

John M. Bradham
**MOREA SCHWARTZ BRADHAM FRIEDMAN & BROWN LLP**
444 Madison Avenue, 4th Floor
New York, NY 10022
Tel: 212-695-8050
Email: jbradham@msbllp.com

-AND-

Edward Toptani
**TOPTANI LAW PLLC**
375 Pearl Street, Suite 14106
New York, NY 10038
Tel: 212-699-8930
Fax: 212-699-8930
Email: edward@toptanilaw.com

**ATTORNEYS FOR PLAINTFF**

**CERTIFICATE OF SERVICE**

 The undersigned certifies that on May 11, 2022, the foregoing Notice of Appeal was filed electronically with the Clerk of the U.S. District Court, using the Court's CM/ECF system, which sent electronic notification to all parties who have appeared and are registered as CM/ECF participants in this matter.

        /s/Blake G. Abbott
        Blake G. Abbott, Esq.
        **ANASTOPOULO LAW FIRM, LLC**
        32 Ann Street
        Charleston, SC 29403
        P: (843) 614-8888
        Email: blake@akimlawfirm.com